**Opinion issued March 18, 2025**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-25-00139-CR

———————————

## IN RE KHALIL ABDUL-MALIK HAKIM, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Khalil Abdul-Malik Hakim seeks mandamus relief from an order granting a motion to quash a subpoena. The order was signed by an associate judge.[1]

---

[1] The underlying case is *State of Texas v. Khalil Abdul-Malik Hakim*, cause number 1800601010, pending in the 262nd District Court of Harris County, Texas, the Honorable Lori Chambers Gray presiding, with Associate Judge Azuwuike Okafor.

Because we have no jurisdiction to issue a writ of mandamus against this associate judge, and relator has not demonstrated any threat to our jurisdiction, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See* TEX. GOV'T CODE § 22.221(a), (b); *see also In re Montiel*, No. 01-23-00893-CV, 2023 WL 8720907, at *1 (Tex. App.—Houston [1st Dist.] Dec. 19, 2023, orig. proceeding). Any remaining motions are likewise dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish. *See* TEX. R. APP. P. 47.2(b).